# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| JEFFREY BISHOP, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 7:15-CV-92 |
| ) | |
| CAROLYN W. COLVIN, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## ORDER

For the reasons stated in the accompanying memorandum opinion, the Commissioner's motion for summary judgment (Dkt. No. 19) is **DENIED**, the Plaintiff's motion for summary judgment (Dkt. No. 16) is **GRANTED IN PART**, and this matter is **REVERSED** and **REMANDED** for further administrative proceedings consistent with the opinion. This action is **DISMISSED** from the court's active docket.

Entered: August 2, 2016

*Robert S. Ballou*

Robert S. Ballou
United States Magistrate Judge